**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X
:
COACTION.COM, LLC,                  :     Case No. 1:25-cv-06438-GHW
:
Plaintiff,                                :
:     **DISCLOSURE STATEMENT**
v.                                            :     **PURSUANT TO FEDERAL RULE OF**
:     **CIVIL PROCEDURE 7.1**
DUN & BRADSTREET, INC.,         :
:
Defendant.                            :
:
:
-----------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff coAction.com, LLC ("Plaintiff"), by and through its undersigned counsel, hereby states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock. Plaintiff further states that it is a Delaware limited liability company and that its owner and sole member, Jagdish Talreja, is a citizen of New Jersey.

                                        Respectfully submitted,

Dated: August 19, 2025        */s/ Christopher P. Spina*
                                        Christopher P. Spina
                                        WILENTZ, GOLDMAN & SPITZER, P.A.
                                        90 Woodbridge Center Drive
                                        Woodbridge, New Jersey 07095
                                        215-636-4435
                                        cspina@wilentz.com
                                        *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

| | |
|---|---|
| COACTION.COM, LLC, | Case No. 1:25-cv-06438-GHW |
| Plaintiff, | |
| | **CERTIFICATE OF SERVICE** |
| v. | |
| DUN & BRADSTREET, INC., | |
| Defendant. | |

-----------------------------------------------------X

I, Christopher P. Spina, hereby certify that on August 19, 2025, I caused the foregoing disclosure statement to be served via CM/ECF as follows:

> Michael R. O'Donnell
> Stephanie Edelson
> RIKER DANZIG LLP
> 489 Fifth Avenue, 33rd Floor
> New York, New York 10017
> *Attorneys for Defendant*
> *Dun & Bradstreet, Inc.*

> */s/ Christopher P. Spina*
> Christopher P. Spina
> WILENTZ, GOLDMAN & SPITZER, P.A.
> 90 Woodbridge Center Drive
> Woodbridge, New Jersey 07095
> 215-636-4435
> cspina@wilentz.com
> *Attorneys for Plaintiff*

#95476346.1